```
 1   LAW OFFICES OF BILL LATOUR
 2   BILL LATOUR [CSBN: 169758]
         1420 E. Cooley Dr., Suite 100
 3       Colton, California 92324
 4       Telephone: (909) 796-4560
         Facsimile:  (909) 796-3402
 5       E-Mail: fed.latour@yahoo.com
 6
 7   Attorney for Plaintiff
 8                    UNITED STATES DISTRICT COURT
 9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10   KATIE SUMMERS,                  )   No.  EDCV 14 – 1791 JCG
11                                   )
                                     )
12      Plaintiff,                   )   ORDER AWARDING EAJA FEES
                                     )
13      v.                           )
14                                   )
     CAROLYN W. COLVIN, Acting       )
15   Commissioner Of Social Security,)
16                                   )
        Defendant.                   )
17
18
         Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
         IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20
     THOUSAND ONE HUNDRED FIFTEEN DOLLARS AND 03/100 ($1,115.03)
21
     subject to the terms of the stipulation.
22
23
         DATE:  March 16, 2015    _____
24
                                      HON. JAY C. GANDHI
25                                    UNITED STATES MAGISTRATE JUDGE
26
27
28
```